[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No.  19-13996
Non-Argument Calendar

_____

D.C. Docket No. 6:18-cr-00171-RBD-LRH-1

UNITED STATES OF AMERICA,

Petitioner-Appellee,

versus

JEROME LAMAR PITTS,
a.k.a. Jeron Pitts,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

(June 22, 2021)

Before WILSON, JORDAN, and GRANT, Circuit Judges.

PER CURIAM:

Jerome Pitts appeals his sentence of 108 months' imprisonment for

knowingly receiving child pornography in violation of 18 U.S.C. § 2252A(a)(2)

and (b)(1).  The government moves to dismiss the appeal, arguing that Pitts's plea agreement included a sentence appeal waiver.  Because the record confirms that Pitts knowingly and voluntarily waived his right to appeal and that this appeal does not fall under any of the waiver's exceptions, the government's motion to dismiss the appeal is GRANTED.  *See United States v. Bushert*, 997 F.2d 1343, 1350–51 (11th Cir. 1993) (sentence appeal waiver will be enforced if it was made knowingly and voluntarily).